73,971-02

Abel Acosta, Clerk
C.C.O.A.
P.O. Box 12308
Capitol Station
Austin, Tx 78711

RE: Art. 12.01 time limitation Crim. Code.
of Procedures, Ann.

Abel Acosta:

Under the authority of Art 12.01
Crim. Code. of Proc. Ann. I request
the Criminal Court of Appeals Bar
prosecution from Enhancing By Past
Convictions being that they are Past
the time limitations.

Respectfully Submitted

Steven M. Gary.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 04 2015

Abel Acosta, Clerk

State of Texas      Case No. 2014CR2945      IN THE DISTRICT Court

Vs.                                     175th Judicial District

Steven M. Gravy                           Bexar County, Texas

To The Honorable Judge of Said Court: Time limitations.

Pursuant and with the authority of Article 12.01 of the Criminal Code of Procedures ann. Governments legislation: Statutes of limitations: Time limitations, The Defendant In the above stated Case Requests that prosecution be barred from Enhancing by Prior Convictions and thus the penalty Phase of a trial of the above stated Case. The Defendant will show as follows;

Prosecution In Case No. 2014 CR 2945 has Enhanced this Indictment to habitual on Crimes that are beyond the time limitations In art. 12.01 Criminal Code of Procedures ann... The Enhancement Is based on a Primary offense of Robbery, March 15, 1996 In Cause No. 95-12-1311 In *Passaic County New Jersey and assault family-2nd September 3, 2009 In Cause No. 2009CR9303W, In Bexar County. Texas.

Further both Crimes should be barred by Time limitations Pursuant with Article 12.01 of the Criminal Code of Procedures.

validity of PRIOR laws:

The operation of a Statute to Repeal, Extend, the period of or provide for the tolling of a Statute of limitations under which a complete defense has already accrued would Violate Constitutional prohibitions against "Ex post facto" Laws. Hill v. State 1943 146 CR.R. 333, 171 S.W. 2d 880.

accused need not plead the statute. the state must show the offense within the Period. Bingham V. State 18784 CR.R. 488; shoefercater V. State 18785 CR.R 207; Temple V. State 1883 15 CR.R. 304. 49 am. Rep .200 Lucas V. State 1889 27 CR.R. 322. 11 S.W. 443.

The Grand Jurors should have protected Defendant In Case No. 2014CR2945 from Double Jeopardy and time limitations Concerning the Indictment. Mcqueen V. U.S. 897 F. supp. 960

Article 12.01  177-180  225-228  215-218 felonies Chapter 10. Robbery - Typographical Error In Date of offense of Robbery shown In Judgement and Sentence Introduced In Court's hearing on assesment of Punishment after Jury Verdict of

Guilty was under the circumstances prejudicially Erroneous where date of Defendants conviction should be barred by limitations, this also Includes the family Violence 2nd, Glenn V. State (CR. app 1969) 436 S.W. 2d 344.

The Statutory Increase In the penalty of assault from a misdemeanor to a 3rd degree felony If the offense Includes a family member and there has been proof of a previous family Violence Conviction has been challenged on the basis of "apprendi V. New Jersey" In which the United States Supreme Court held that an Enhanced Sentence based upon a hate Crime finding by the trial Judge was *Unconstitutional because the hate Crime motivation was Not found.

Wherefore, Premises Considered, Defendant prays that the Court orders (Bars) prosecution from Using any convictions that should be barred by the Statute of limitations, and any Relief that he IS entitled.

Steven M. Gary

Respectfully Submitted

Steven Mitchell Gary

No. 9600827

200 N. Comal BG-25

San Antonio - Texas 78207

## Certificate of Service

I hereby certify that a copy of the above and foregoing document was delivered to the District attorneys office, on Tuesday, January 20, 2015 by United States Postal Services.

_[signature]_ 1/28/15

_[signature]_ Steven Mitchell Gary

Steven Mitchell Gary

IMELDA FIGUEROA
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 02-11-2015

## Order

On _____, 2015, came on to be considered Steven Mitchell Gary's Motion, Article 12.01 of the Criminal Code of Procedures Ann. and said motion is hereby

(GRANTED) (DENIED)

_____
Judge Presiding